# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dayerlin Serrano Ordonez,<br><br>Petitioner,<br><br>v.<br><br>Christopher McGregor, et al.,<br><br>Respondents. | No. CV-26-00182-TUC-JGZ (LCK)<br><br>**ORDER** |

Petitioner filed this action challenging his immigration detention and his potential removal to a third country without due process. On April 14, 2026, the Court entered an Order denying Petitioner's request for a Temporary Restraining Order, directing Respondents to respond to the Petition on an expedited basis, and ordering Respondents to provide the Court with three days' notice if they intend to remove Petitioner. (Doc. 8.) Also on April 14, 2026, Petitioner filed a Notice with the Court indicating he may be removed to the Democratic Republic of the Congo on Wednesday April 15, 2026 without any official notice or opportunity to seek relief from that removal. (Doc. 7.) The Court will direct Respondents to respond to Petitioner's April 14, 2026 Notice and show cause his removal should not be enjoined because no due process was provided. Respondents' response must specifically address the specific due process provided to Petitioner for his potential removal. Any response must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury by individuals with personal knowledge of the factual statements made therein. Failure to provide the requisite

competent evidence will result in summary issuance of a Temporary Restraining Order.

**IT IS THEREFORE ORDERED** Respondents must file a Response to Petitioner's April 14, 2026 Notice (Doc. 7) as detailed herein no later than 4:00 p.m. on April 14, 2026. Petitioner may file a Reply no later than 5:00 p.m. on Tuesday April 14, 2026.

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 14th day of April, 2026.

Jennifer G. Zipps
Chief United States District Judge

- 2 -