# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dayerlin Serrano Ordonez, | No. CV-26-00182-TUC-JGZ (LCK) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher McGregor, et al., | |
| Respondents. | |

Having considered Respondents' Motion for Extension of Time to File Response to Petitioner's Second Amended Petition on Account of Petitioner's Release from Custody (Doc. 29), and good cause appearing,[1]

**IT IS ORDERED** that Respondents' Motion for Extension (Doc. 29) is **granted**. The deadline for Respondents' Response to the Second Amended Petition for Writ of Habeas Corpus and Complaint (Doc. 23) is extended to and including **July 22, 2026**.

Dated this 1st day of July, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge

---

[1] Petitioner opposes the Motion. (*See* Doc. 29 at 2.) However, the Court finds the extension warranted in light of changed circumstances, including Petitioner's release from custody and the possibility that the Government will not seek to appeal Petitioner's grant of asylum.