# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dayerlin Serrano Ordonez, | No. CV-26-00182-TUC-JGZ (LCK) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher McGregor, et al., | |
| Respondents. | |

Having considered Petitioner's unopposed Motion for Voluntary Dismissal (Doc. 31), and good cause appearing,

**IT IS ORDERED** that Petitioner's Motion for Voluntary Dismissal (Doc. 31) is **granted**. This matter is **dismissed without prejudice**, and all pending motions are denied as moot. The Clerk of Court is directed to close the file in this action.

Dated this 27th day of July, 2026.

Jennifer G. Zipps
Chief United States District Judge